**TransUnion** Online Dispute Service

SARAH M. MCIVOR

Help

## Investigation Summary

Printable Investigation Summary

Please review your credit report information carefully.

If you would like to request further investigations or make additional changes to your credit report, click the **Update** button.

To update an existing request, click the **Update** link next to that request.

When you are satisfied with your investigation request, click the **Submit** button to complete you request.

### Investigation Requests — Details

| CURRENT FILE | FILE NUMBER | 328508916 | NAME | SARAH M. MCIVOR |
| --- | --- | --- | --- | --- |
| | REPORT DATE | 04/02/2013 | ADDRESS | 10331 LINNET CIR NW 104<br>COON RAPIDS, MN 55433-8123 |

#### Public Record Information

| Source | Docket Number | Requested Investigation(s) | | Options |
| --- | --- | --- | --- | --- |
| ANOKA COUNTY DISTRICT CO | 2CV082164 | Investigate Accuracy | Public record vacated, dismissed, or filed in error. | Update |

#### Adverse Account Information

| Creditor | Account | Requested Investigation(s) | | Options |
| --- | --- | --- | --- | --- |
| CREDIT COLLECTION SERVIC | 4523**** | Investigate Accuracy | Creditor agreed to remove this account from my file. | Update |
| | | Investigate Accuracy | This account is settled. | |
| CREDIT COLLECTION SERVIC | 4396**** | Investigate Accuracy | Creditor agreed to remove this account from my file. | Update |
| | | Investigate Accuracy | This account is settled. | |
| DIVERSIFIED ADJ SVC | 1603**** | Investigate Accuracy | Creditor agreed to remove this account from my file. | Update |
| PORTFOLIO RECOVERY | 515597001271**** | Investigate Accuracy | Creditor agreed to remove this account from my file. | Update |
| | | Investigate Accuracy | This account is settled. | |

Submit this investigation to TransUnion for processing **Submit »**

Cancel this investigation request **Cancel »**

©2012 TransUnion LLC. All rights reserved.    TransUnion.com    Privacy Policy    Terms of Use