# TransUnion. Online Dispute Service

SARAH M. MCIVOR

Help

## Resolution Summary

We have completed verification of the investigation or changes that you requested regarding your TransUnion Personal Credit Report. Please review these results carefully.

If you are not satisfied with the resolution or the updated report, and you have documents that support your claim, then you may print and complete a Request for Investigation form and return it by mail along with the supporting documentation. You may also add a consumer statement of 100 words or less to this request. If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to TransUnion including this information in every credit report we issue about you.

To learn more about the dispute process, visit our Help page.

Click **Continue** to view an updated copy of your Personal Credit Report.

### Investigation Results

CURRENT FILE

| FILE NUMBER | 328508916 | NAME | SARAH M. MCIVOR |
| --- | --- | --- | --- |
| REPORT DATE | 04/21/2013 | ADDRESS | 10331 LINNET CIR NW 104 |
| DISPUTE OPEN DATE | 04/02/2013 | | COON RAPIDS, MN 55433-8123 |
| | | COMPLETION DATE | 04/20/2013 |

#### Public Record Information

| SOURCE | DOCKET NUMBER | RESULTS |
| --- | --- | --- |
| PAID CIVIL JUDGMENT | DOCKET# 2CV082164 | VERIFIED, NO CHANGE |

#### Account information

| ITEM | DESCRIPTION | RESULTS |
| --- | --- | --- |
| CREDIT COLLECTION SERVIC | # 4523**** | NEW INFORMATION |
| CREDIT COLLECTION SERVIC | # 4396**** | DELETED |
| DIVERSIFIED ADJ SVC | # 1603**** | DELETED |
| PORTFOLIO RECOVERY | # 515597001271**** | NEW INFORMATION |

View an updated copy of your TransUnion Personal Credit Report    [Continue »]

Exit the Resolution Summary    [Cancel »]

©2012 TransUnion LLC. All rights reserved.   TransUnion.com   Privacy Policy   Terms of Use