**TransUnion® Online Dispute Service**

SARAH M. MCIVOR

Help

## Updated Credit File
Resolution Summary

**Credit report** | **Summary of Rights** | **Fraud Prevention**

Please review the details of the resolution to your request for investigation or change of information.

To view your revised credit report based on the resolution, click the **Credit Report** tab. If you purchased your TransUnion Personal Credit Score originally, the credit score may be updated depending on the resolution. To see the updated score, click the **Credit Score** tab (it will not be available if you did not purchase your TransUnion Personal Credit Score originally). To learn your consumer rights, click the **Summary of Rights** tab. To learn how to protect yourself against credit fraud, click the **Fraud Prevention** tab.

**NOTE:** Your credit report has been revised based on your investigation request. If you are not satisfied with the resolution and/or the changes, please print and complete a **Request for Investigation form** and return it by mail together with any supporting documentation. You may also add a consumer statement of 100 words or less to your credit report. If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to TransUnion including this information in every credit report we issue about you.

### Credit File Details

Printable Credit Report Details

| CURRENT FILE | FILE NUMBER | 328508916 | NAME | SARAH M. MCIVOR |
|---|---|---|---|---|
| | REPORT DATE | 04/20/2013 | ADDRESS | 10331 LINNET CIR NW 104 |
| | | | | COON RAPIDS, MN 55433-8123 |

**CREDIT FILE SECTIONS**
1. Personal Information
2. Telephone Numbers Reported
3. Addresses Reported
4. Employment Data Reported
5. Public Records
6. Adverse Accounts
7. Satisfactory Accounts
8. Regular Inquiries
9. Account Review Inquiries
10. Additional Information
11. Inquiry Analysis
12. End of Report

You may see that TransUnion has enriched your credit report with additional personal and financial information not previously retained in our production database. This data can enable you and your creditors to see a more complete picture of how you have managed your credit over time.

### Personal Information
**SSN:** XXX-XX-1097
Your SSN has been masked for your protection.
**Names Reported:**
SARAH M. MCIVOR

You have been on our files since 03/01/1999
**Date of Birth:** 02/24/1981

### Addresses Reported

| Address | Date Reported |
|---|---|
| 10331 LINNET CIR NW APT 104, COON RAPIDS, MN 55433-8123 | 02/27/2010 |
| 14371 RAVEN ST NW, ANDOVER, MN 55304-3362 | 07/01/2003 |
| 10331 LINNET CIR NW APT 201, COON RAPIDS, MN 55433-8124 | 06/01/2003 |
| 14371 NW AVEN ST, ANDOVER, MN 55304 | 02/07/2008 |
| 215 BIRCH ST S APT 2, CAMBRIDGE, MN 55008-1541 | 08/01/2002 |
| 30730 HIGHWAY 169, PRINCETON, MN 55371-3462 | |
| 700 PEARSON PKWY, MINNEAPOLIS, MN 55444-1748 | 01/17/2007 |
| 1435 COUNTY ROAD E W, SAINT PAUL, MN 55112-3652 | 08/31/2012 |
| 1260 LARK AVE, SAINT PAUL, MN 55109-2541 | 04/30/2012 |
| 11918 UNDERCLIFF ST NW, COON RAPIDS, MN 55433-1628 | 04/30/2011 |

### Telephone Numbers Reported
(612) 210-5150    (612) 325-9544    (763) 755-6999    (763) 691-1181    (612) 805-1238    (763) 549-8970

### Employment Data Reported

| Employer Name | Position | Date Verified |
|---|---|---|
| AMERICAN FAMILY INSURANCE | SALES | 01/07/2009 |
| STUDENT | | 02/13/2004 |
| SUPER 8 MOTEL | | 12/01/1999 |

### Public Records

This information was collected from public records sources by TransUnion or a company we hired. You may be required to explain these items to potential creditors. Public record items generally remain on your credit file for up to 7 years. For any public record that contains medical information, the information following 'Medical-' is not displayed to anyone but you except where permitted by law.

**ANOKA COUNTY DISTRICT CO - Docket#: 2CV082164**
325 E MAIN STREET
ANOKA, MN 55303
(763) 422-7350

| Date Filed: | 01/15/2008 | Type: | PAID CIVIL JUDGMENT | Amount: | $2,786 |
|---|---|---|---|---|---|
| Date Paid: | 03/27/2009 | Responsibility: | Individual Debt | Court Type: | District Court |

| | |
|---|---|
| Plaintiff: | MEDICAL-ALLINA HEALTH SYSTEM |
| Estimated month and year that this item will be removed: | 12/2014 |

## Account Information

Typically, creditors report any changes made to your account information monthly. This means that some accounts listed below may not reflect the most recent activity until the creditor's next reporting. This information may include things such as balances, payments, dates, remarks, ratings, etc. The key(s) below are provided to help you understand some of the account information that could be reported.

**Rating Key:**

Some creditors report the timeliness of your payments each month in relation to your agreement with them. The ratings in the key below describe the payments that may be reported by your creditors. Please note: Some but not all of these ratings may be present in your credit report.

| N/R | X | OK | 30 | 60 | 90 | 120 | COL | VS | RPO | C/O | FC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Not Reported | Unknown | Current | 30 days late | 60 days late | 90 days late | 120+ days late | Collection | Voluntary Surrender | Repossession | Charge Off | Foreclosure |

**Remarks Key:**

Additionally, some creditors may notate your account with comments each month. We refer to these creditor comments as 'Remarks'. The key below gives the descriptions of the abbreviated remarks contained in your credit file. Any remark containing brackets > < indicates that this remark is considered adverse.

CAD DISPUTE ACCT/CLSED BY CONSUMR          CBC ACCOUNT CLOSED BY CONSUMER          CBG CLOSED BY CREDIT GRANTOR
PAL PURCHASED BY ANOTHER LENDER            >PRL< UNPAID BALANCE CHARGED OFF        TRF TRANSFERRED TO ANOTHER OFFICE

## Adverse Accounts

Adverse information typically remains on your credit file for up to 7 years from the date of the delinquency. To help you understand what is generally considered adverse, we have added >brackets< or shading to those items in this report. For your protection, your account numbers have been partially masked, and in some cases scrambled.

### CREDIT COLLECTION SERVIC #4523****

PO BOX 9134
NEEDHAM, MA 02494-9134
(603) 570-4784

| | | | | | |
|---|---|---|---|---|---|
| Placed for Collection: | 09/03/2012 | Balance: | $242 | Pay Status: | >In Collection< |
| Responsibility: | Individual Account | Date Updated: | 01/22/2013 | | |
| Account Type: | Open Account | Original Amount: | $242 | | |
| Loan Type: | COLLECTION AGENCY/ATTORNEY | Original Creditor: | PROGRESSIVE INSURANCE COMPANY (Insurance) | | |
| | | Past Due: | >$242< | | |

Remarks: >PLACED FOR COLLECTION<
Estimated month and year that this item will be removed: 07/2019

### HSBC BANK #515597001271****

PO BOX 30253
salt lake city, UT 84130
(800) 695-6950

| | | | | | |
|---|---|---|---|---|---|
| Date Opened: | 02/02/2007 | Date Updated: | 05/31/2011 | Pay Status: | >Charged Off< |
| Responsibility: | Individual Account | Payment Received: | $0 | Terms: | Paid Monthly |
| Account Type: | Revolving Account | Last Payment Made: | 03/18/2010 | Date Closed: | 02/06/2010 |
| Loan Type: | CREDIT CARD | Original Charge-off: | $335 | Date Paid: | 03/18/2010 |

>Maximum Delinquency of 120 days in 09/2010 for $25 and in 10/2010 for $25<

**High Balance:** High balance of $729 from 10/2010 to 10/2010; $748 from 11/2010 to 11/2010; $748 from 02/2011 to 02/2011; $748 from 05/2011 to 05/2011
**Credit Limit:** Credit limit of $320 from 10/2010 to 11/2010; $320 from 02/2011 to 02/2011; $320 from 05/2011 to 05/2011
Estimated month and year that this item will be removed: 04/2017

| | 05/2011 | 04/2011 | 03/2011 | 02/2011 | 01/2011 | 12/2010 | 11/2010 | 10/2010 | 09/2010 | 08/2010 |
|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $0 | | | $748 | | | $748 | $729 | | |
| Amount Due | | | | $20 | | | $27 | $26 | | |
| Amount Paid | $0 | | | $0 | | | $0 | $0 | | |
| Past Due | $0 | | | $748 | | | $26 | $25 | | |
| Remarks | CAD PAL TRF | | | CAD >PRL< | | | CBC >PRL< | CBC | | |
| Rating | C/O | C/O | C/O | C/O | C/O | C/O | C/O | 120 | 120 | 90 |

| | 07/2010 | 06/2010 | 05/2010 | 04/2010 | 03/2010 | 02/2010 | 01/2010 | 12/2009 | 11/2009 | 10/2009 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | 60 | 30 | OK | OK | 30 | OK | 30 | 30 | OK | OK |

| | 09/2009 | 08/2009 | 07/2009 | 06/2009 | 05/2009 | 04/2009 | 03/2009 | 02/2009 | 01/2009 | 12/2008 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 11/2008 | 10/2008 | 09/2008 | 08/2008 | 07/2008 | 06/2008 | 05/2008 | 04/2008 | 03/2008 | 02/2008 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 01/2008 | 12/2007 | 11/2007 | 10/2007 | 09/2007 | 08/2007 | 07/2007 | 06/2007 | 05/2007 | 04/2007 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 03/2007 |
|---|---|
| Rating | OK |