*Sarah McIvor v. Credit Control Services, Inc. and TransUnion, LLC*
**Court File No. 13-CV-00956  DSD/JJK**
**Exhibits to Affidavit of Jeffrey D. Stoddard of Credit Control Services, Inc.**

# EXHIBIT 1

METRO2_TU_PL_041713.TXT
0460HEADER      178YC12959    1GZD00   041220130417201307142000071420000CREDIT COLLECTION SERVICES (5)    PO BOX 9134 NEEDHAM, MA 02494-9134                            6035704784ONTARIO SYSTEMS              18-FA

04601041220131710080 1GZD005       45235944         O4809032012000000000000000241001 00000000000000000093 DDGDGBBBBBBBBBBBBBBBBBBB XB00000024100000024100000000000412201308092012000000000000000              MCIVOR         SARAH                   00000000000000061221051501   1435 COUNTY ROAD E W          SAINT PAUL        MN551123652  K1PROGRESSIVE INSURANCE COMPANY 06

Page 1